MARC S. HINES (SBN 140065)
mhines@lawhhp.com
BRIAN PELANDA (SBN 278453)
bpelanda@lawhhp.com
SARA M. RYNERSON (SBN 328507)
srynerson@lawhhp.com
**HINES HAMPTON PELANDA LLP**
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Tel.: (714) 513-1122
Fax: (714) 242-9529

Attorneys for Defendant Nationwide
Mutual Insurance Company

# UNITED STATES DISTRIC COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BRITTON, an individual; SYLVIA BRITTON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, *et al.* <br><br> Defendants. | Case No.: 5:23-cv-00024-SVW-KK <br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Jacob and Sylvia Britton and Defendant Nationwide Mutual Insurance Company, by and through their respective counsel, hereby stipulate and represent to the Court that all matters in controversy in this litigation between them have been settled and resolved. The Parties request that the entire action be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 2, 2023         **SHAVER LEGAL, APC**

/s/ *Cody J. Shaver*
Cody J. Shaver
Attorney for Plaintiffs Jacob and Sylvia Britton

Dated: October 2, 2023         **HINES HAMPTON PELANDA LLP**

/s/ *Brian Pelanda*
Marc S. Hines
Brian Pelanda
Sara Rynerson
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY

ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on October 2 2023, I received concurrence from Plaintiff's counsel, Cody J. Shaver, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2023.

/s/ *Brian Pelanda*
Brian Pelanda

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE