JS-6

# UNITED STATES DISTRIC COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BRITTON, an individual; SYLVIA BRITTON, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, *et al.*, <br><br> Defendants. | Case No.: 5:23-cv-00024-SVW-KK <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Having considered the Parties Stipulation for Dismissal of Action with Prejudice, IT IS HEREBY ORDERED that this matter be dismissed in its entirety with prejudice. Each party will bear its own costs and attorneys' fees.

Dated: October 11, 2023

_____
HON. STEPHEN V. WILSON
U.S. DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE